# Order

Michigan Supreme Court
**Lansing, Michigan**

February 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156970

CITY OF POTTERVILLE,
          Plaintiff-Appellant,

v

SC: 156970
COA: 333221
Eaton CC: 15-001474-CK

COUNTY OF EATON, EATON COUNTY
CENTRAL DISPATCH, POTTERVILLE
PUBLIC SCHOOLS, and TOWNSHIP OF
BENTON,
          Defendants-Appellees.
_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2018



Clerk